UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 MAY -1 PM 4: 01

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| EDDIE CARROLL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CV405-191 |
| ) | |
| CALVIN MORTON, Warden, and ) | |
| JAMES DONALD, Commissioner of the ) | |
| Georgia Department of Corrections, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 1st day of May, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA